

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00482-CR

**IN RE** Eduardo A. **TREVINO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Beth Watkins, Justice

Delivered and Filed: August 14, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On July 15, 2019, relator filed a petition for writ of mandamus in this court asserting the trial court has refused to rule on his "Original Petition for Declaratory Judgment." On August 7, 2019, the trial court provided this court with a courtesy copy of an Order signed on August 7, 2019 dismissing relator's "Original Petition for Declaratory Judgment" for lack of jurisdiction. Because relator obtained a trial court ruling, we dismiss his petition for writ of mandamus as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1999CR4085, styled *The State of Texas v. Eddie A. Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding. Relator has also filed a petition styled as *Eduardo A. Trevino v. 144th Judicial District Court of Bexar County, San Antonio, Texas; et al.*, which was transferred to the 144th Judicial District Court.